UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILTON ESTRADA HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, KRISTI NOEM, U.S. Secretary of Homeland Security, PAMELA BONDI, U.S. Attorney General, and JOSEPH D. McDONALD, JR., Plymouth County Sherriff,<br><br>Respondents. | Civil Action No. 25-cv-13276-AK |

## MEMORANDUM AND ORDER ON PETITIONER'S EMERGENCY MOTION TO RETURN THE PETITIONER TO THE STATE OF MASSACHUSETTS OR TO ORDER HIS IMMEDIATE RELEASE

**ANGEL KELLEY, D.J.**

As discussed during the 3:00 pm hearing held today, November 7, 2025, and in response Petitioner's Emergency Motion to Return the Petitioner to the State of Massachusetts or to Order His Immediate Release [Dkt. 7], the Court **ORDERS** Petitioner shall be returned to the custody of the Plymouth County House of Corrections in Plymouth, Massachusetts and provided with a bond hearing as soon as possible. The bond hearing shall not be later than 5:00pm Thursday, November 13, 2025. Respondent shall provide the Court with a status report regarding the location of Petitioner and the timing of Petitioner's transfer by 5:00 pm November 7, 2025, and additional status reports as they discover new information regarding Petitioners transfer.

1

Petitioner shall advise the Court of the date and time of the bond hearing as soon as they have that information. Respondent shall advise the Court of the outcome of the bond hearing no later than three days after the hearing.

**SO ORDERED.**

Dated: November 7, 2025                                  /s/ Angel Kelley
                                                                                                     Hon. Angel Kelley
                                                                                                     United States District Judge