**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Milton Estrada Hernandez, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 25-CV-13276-AK |
| v. | ) | |
| | ) | |
| Patricia Hyde, et al, | ) | |
| | ) | |
| Respondents (s). | ) | |
| | ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 19] entered on 2/24/2026, it is hereby

**ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 3/10/2026                                                     By the Court,

                                                                    /s/ Courtney Horvath
                                                                    Deputy Clerk